IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID G. KROGH and JULIE A. KROGH**, on their own behalf and as natural guardians, parents and next friends to **CHRISTIAN DAVID KROGH**, <br><br> Plaintiffs, <br><br> V. <br><br> **TYSON FRESH MEATS, INC., f/k/a IBP, INC.**, <br><br> Defendant. | CASE NO. 8:00CV537 <br><br><br><br><br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice. The Court finds that the joint motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Motion for Dismissal with Prejudice (Filing No. 432) is granted;

2. The complaint and all claims in this matter are dismissed with prejudice in accordance with and subject to the terms of the Order Approving Settlement dated March 23, 2007; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 30th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge